**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**William Alfred PRESCOD, Jr.,**
**Defendant–Appellant.**

No. 10–7517.

United States Court of Appeals,
Fourth Circuit.

Submitted April 21, 2011.

Decided April 26, 2011.

William Alfred Prescod, Jr., Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Alfred Prescod, Jr., appeals the district court's order denying his various post-conviction motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Prescod,* No. 5:99–cr–00029–RLV–1, 2010 WL 4103762 (W.D.N.C. Oct. 18, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*